1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7210
7     Fax: (415) 436-7234
      Email: robert.rees@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   No. CR 04 0284 MHP
                                    )
14     Plaintiff,                   )
                                    )   STIPULATION AND [PROPOSED]
15 v.                               )   ORDER TO UNSEAL JUDGMENT
                                    )   FOR RECORD-KEEPING
16 JOHN EDWARD WOOD,                )   PURPOSES AND TO RESEAL
                                    )   JUDGMENT
17     Defendant.                   )
                                    )
18 ─────────────────────────────

19     The United States and the defendant hereby stipulate through their respective

20 attorneys, Robert David Rees, Assistant United States Attorney, and Lidia Stiglich, Esq.,

21 that the Judgment held in this case issued in March 2006 be unsealed so that the parties

22 may obtain the document for record-keeping purposes, and that the document thereafter

23 //
24 //
25 //
26 //
27 //
28 //

MOTION TO UNSEAL 04 0284 MHP

1 | be again placed under seal from the public.

3 | **IT IS SO STIPULATED**

5 | Date 6/25/08

ROBERT DAVID REES
Assistant United States Attorney

8 | Date 06-24-08

LIDIA STIGLICH, Esq.
Attorney for John Wood

11 | PURSUANT TO STIPULATION, AND UPON GOOD CAUSE SHOWN, IT
12 | IS SO ORDERED

15 | Date 7/3/08

HON. MARILYN HALL PATEL
United States District Judge

MOTION TO UNSEAL 03-0156 MHP

2